# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| BREANNA MILES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV420-066 |
| | ) |
| WAL-MART INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to the parties' request, the Court held a telephonic status conference on April 20, 2021. At that conference, plaintiff informed the Court that she was unable to file a response to the defendant's pending Motion for Summary Judgment, doc. 23, until she resolved an issue with the Scheduling Order, doc. 20. Defendant consented to the Court's entry of an extension of plaintiff's deadline to respond to the summary judgment motion until after disposition of plaintiff's to-be-filed motion regarding the Scheduling Order.

Accordingly, plaintiff is **DIRECTED** to file her motion seeking modification of the Scheduling Order within seven days of the date of this Order. Responses and replies to that motion shall follow the schedule prescribed by the Court's Local Rules. *See* S.D. Ga. L. Civ. R. 7.5, 7.6. If

plaintiff fails to file her motion regarding the Scheduling Order, as discussed above, she is **DIRECTED** to file her response to defendant's Motion for Summary Judgment within twenty-one days of the date of this Order. If she timely files her motion to modify the Scheduling Order, she is instead **DIRECTED** to file that response within fourteen days of the date of the Court's disposition of that motion.

    **SO ORDERED,** this 21st day of April, 2021.

_/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA