IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BREANNA MILES,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES EAST, LP,<br><br>    Defendant. | CIVIL ACTION NO.: 4:20-cv-66 |

**O R D E R**

In response to an Order of the Court, the parties advised the Court that mediation of this case was scheduled for July 8, 2022. (Doc. 59.) That date having passed, the Court **ORDERS** the parties to file an updated joint status report regarding the status of their settlement negotiations (or, if the case has settled, to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41) within **FOURTEEN (14) DAYS** of the date of this Order.

**SO ORDERED**, this 27th day of July, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA