IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BREANNA MILES,<br><br>      Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST, LP,<br><br>      Defendant. | CIVIL ACTION NO.: 4:20-cv-066 |

**O R D E R**

Before the Court is a Stipulation of Dismissal signed and filed by counsel for Plaintiff and counsel for Defendant on November 14, 2022, wherein the parties indicate they stipulate and agree to the dismissal, with prejudice, of this action, with each party to bear its own attorneys' fees and costs. (Doc. 66.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 21st day of November, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA